312 So.2d 414

**In re Grover Donald HAYNES**

**v.**

**STATE.**

**Ex parte Grover Donald Haynes.**

**SC 1227.**

Supreme Court of Alabama.

May 1, 1975.

Donald W. Stewart, Anniston, for petitioner.

FAULKNER, Justice.

Petition of Grover Donald Haynes for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Haynes v. State, 54 Ala.App. 714, 312 So.2d 406.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, MADDOX and EMBRY, JJ., concur.

314 So.2d 908

**In re Elvis HEADLEY**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1335.**

Supreme Court of Alabama.

June 26, 1975.

William J. Baxley, Atty. Gen. and David L. Weathers, Asst. Atty. Gen., for the State, petitioner.

ALMON, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Headley v. State, 55 Ala.App. 303, 314 So. 2d 905.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, MADDOX and EMBRY, JJ., concur.

320 So.2d 687

**In re Felton HENDRIX**

**v.**

**Dorothy Dale HENDRIX.**

**Ex parte Felton Hendrix.**

**SC 1449.**

Supreme Court of Alabama.

Sept. 25, 1975.

Robert Straub, Decatur, for petitioner.

No appearance for respondent.

SHORES, Justice.

Petition of Felton Hendrix for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Hendrix v. Hendrix,* 55 Ala. App., ——, 320 So.2d 684.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.